IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| MICHAEL LOUIS BRISCO, ) | |
| ID # 1074236, ) | |
| Petitioner, ) | |
| vs. ) | No. 3:04-CV-1241-P |
| ) | ECF |
| NATHANIEL QUARTERMAN, Director, ) | |
| Texas Department of Criminal ) | (C.A. # 07-10659) |
| Justice, Correctional Institutions Division, ) | |
| Respondent. ) | |

## ORDER GRANTING *IN FORMA PAUPERIS* AND DENYING CERTIFICATE OF APPEALABILITY

Petitioner has filed two Notices of Appeal and two Applications to Proceed *In Forma Pauperis* in the above captioned action in which the District Court has entered a final order in a habeas corpus proceeding brought pursuant to 28 U.S.C. § 2254. The Court **DENIES as MOOT** the first application and **GRANTS** the second application to proceed *in forma pauperis*. Petitioner may proceed *in forma pauperis* on appeal. Furthermore, considering the record in this case, and pursuant to Federal Rule of Appellate Procedure 22(b) and 28 U.S.C. § 2253(c), the Court hereby **DENIES** petitioner a certificate of appealability. The Court hereby adopts and incorporates by reference the Findings, Conclusions and Recommendation of the United States Magistrate Judge, filed on **April 7, 2007**, that this Court accepted on **April 26, 2007**, in support of its finding that petitioner has failed to "demonstrate that reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong." *See Miller-El v. Cockrell*, 537 U.S. 322, 338 (2003) (quoting *Slack v. McDaniel*, 529 U.S. 473, 484 (2000)); 28 U.S.C. § 2253(c)(2).

IT IS SO ORDERED this 30th day of July, 2007.

_____
JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE